**Order entered November 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00181-CR

**PAULO ROGERIO OSTOLIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-82478-2017**

## ORDER

Before the Court is appellant's November 12, 2019 third motion to extend the time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **December 12, 2019**. If appellant's brief is not filed by December 12, 2019, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    LANA MYERS
        JUSTICE